# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>JOSÉ PÉREZ CUEVAS,<br><br><br>**Defendant(s).** | Case No. 3:22-cr-0205-04 (FAB) |

## ORDER

The Report and Recommendation filed on July 20, 2023, ECF No. 480 on defendant's Rule 11 proceeding held before Magistrate Judge Marcos E. López on July 19, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Indictment. Accordingly, the guilty plea of defendant as to counts one and three of the Indictment is accepted.

**A Pre-Sentence Report shall be prepared by the U.S. Probation Office and shall be filed at least 35 days prior to sentencing. Sentence remains set for October 18, 2023 at 9:00 a.m. in OSJ Courtroom 6 - 1st Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of August 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge